### MICHAEL MOURNING *v.* COMMISSIONER OF CORRECTION
### (AC 34514)

Gruendel, Beach and Alvord, Js.

Argued January 21—officially released February 11, 2014

Petitioner's appeal from the Superior Court in the judicial district of Tolland, *T. Santos, J.*

Per Curiam. The judgment is affirmed.

### RAMSEY QUIJANO *v.* COMMISSIONER OF CORRECTION
### (AC 35131)

Lavine, Beach and Alvord, Js.

Argued January 22—officially released February 11, 2014

Petitioner's appeal from the Superior Court in the judicial district of Tolland, *Cobb, J.*

Per Curiam. The appeal is dismissed.

### LAWRENCE GRANT *v.* COMMISSIONER OF CORRECTION
### (AC 34735)

Sheldon, Keller and Bishop, Js.

Argued January 23—officially released February 11, 2014

Petitioner's appeal from the Superior Court in the judicial district of Tolland, *Shapiro, J.*

Per Curiam. The judgment is affirmed.